IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.: 4:18cr22/MW/HTC
    4:20cv519/MW/HTC

JEFFREY MICHEL,
    Defendant.

# REPORT AND RECOMMENDATION

Defendant Jeffrey Michel filed a handwritten motion to vacate under 28 U.S.C. § 2255, which was docketed on October 28, 2020. ECF Doc. 221. The undersigned issued an order directing Michel to file an amended motion on this Court's forms (ECF Doc. 222) and Michel has done so (ECF Doc. 223).[1] However, at the time the undersigned issued that order, the undersigned overlooked that his direct appeal of this Court's judgment remained pending. Because of the pending appeal, Michel's judgment and conviction are not final, and this Court lacks jurisdiction to consider and rule on the § 2255 motion, or to "take any action with regard to the matter except in aid of the appeal." *United States v. Diveroli*, 729 F.

---

[1] Inmate Frank Pate signed and filed the amended motion on Michel's behalf because Michel is "locked up at Santa Rosa." (ECF Doc. 223 at 13.) As of this date, the Bureau of Prisons Inmate Locator reflects Michel is at the Orlando Residential Reentry Management, although Michel has not filed a notice of change of address.

3d 1339, 1342 (11th Cir. 2013) (citation omitted). Thus, the undersigned recommends the motion be dismissed, without prejudice to its reassertion, if appropriate, after Defendant's pursuit of direct review has concluded.[1]

Accordingly, it is respectfully **RECOMMENDED:**

The amended motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (ECF Doc. 223) be **DISMISSED without prejudice.**

At Pensacola, Florida, this 10th day of December, 2020.

s/ *Hope Thai Cannon*
Hope Thai Cannon
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

---

[1] Defendant is advised that dismissal of the instant motion **will not** prevent him from later seeking collateral review if his direct appeal is unsuccessful. He will be constrained only by the limitations period set forth in 28 U.S.C. § 2255.

Case Nos.: 4:18cr22/MW/HTC; 4:20cv519/MW/HTC