# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

v.   CASE NO.: 4:18cr22-MW/HTC

**JEFFREY MICHEL,**

*Defendant*.
_____/

## ORDER REJECTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 224. Upon consideration, with no objections having been filed by the parties,

**IT IS ORDERED**:

The Report and Recommendation is **rejected**. This Court agrees with the Magistrate Judge's well-reasoned Report and Recommendation, this Court lacks jurisdiction to consider Defendant's 28 U.S.C. § 2255 motion while an appeal is pending. That said, the same day the Magistrate Judge's Report and Recommendation was entered, the Eleventh Circuit issued its mandate in this case. Instead of requiring Defendant to re-file his Amended Motion to Vacate, this Court directs the Clerk to re-docket the motion, ECF No. 223, as a new entry—as if it were

filed the same day as the entry of this Order—and remands this case to the Magistrate Judge for consideration of Defendant's motion.

**SO ORDERED on January 11, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
