IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                        Case No.: 4:18cr22-MW/HTC

JEFFREY MICHEL,

    *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 256. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 256, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's amended § 2255 motion, ECF No. 226 is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a court order." The Clerk shall close the file.

**SO ORDERED on August 16, 2022.**

                                       **s/Mark E. Walker**
                                       **Chief United States District Judge**